IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. HAIGHT, | : | |
|     Petitioner | : | No. 1:13-cv-2438 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| MARORISA LAMAS, | : | (Magistrate Judge Schwab) |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 5th day of December 2013, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. No. 6 is **NOT ADOPTED AS MOOT**;

2. Petitioner's objections (Doc. Nos. 7, 9) to the Report and Recommendation are **OVERRULED**.

3. Petitioner's motion to appoint counsel (Doc. No. 5) is **DENIED.**

4. Within twenty days of the date of this order, the Government shall respond to the allegations in Petitioner's motion.

                                                        S/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania